UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | | |
|---|---|---|---|
| In re: | **Michael D. Frost**<br>**Aundrea Lynn Frost**<br>Debtor(s). , / | CHAPTER 13<br>CASE NO:<br>JUDGE | **16-56354**<br>**Phillip J. Shefferly** |

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **Babut Law Offices PLLC,** Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ **3,500.00** in fees and $ **0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **3,050.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☒ **IT IS HEREBY ORDERED** in the event that the Debtor(s) fail to make any future Chapter 13 Plan payment, the Trustee may submit a notice of Default, served upon the Debtor(s) and the Debtor(s)' counsel, permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If the Debtor(s) fail to cure the defaults in payments after having been provided with notice under the provisions of this Order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payment, and the proceedings may be thereafter dismissed without a further hearing or notice.

Approved:

/s/ Maria Gotsis /s/ Thomas Paluchniak

| | |
|---|---|
| /s/ Maria Gotsis<br>Krispen S. Carroll (P49817)<br>Margaret Conti Schmidt (P42945)<br>Maria Gotsis (P67107)<br>Chapter 13 Standing Trustee<br>719 Griswold St., Ste 1100<br>Detroit, MI 48226<br>(313) 962-5035<br>notice@det13ksc.com | Thomas H. Paluchniak<br>Babut Law Office, P.L.L.C.<br>700 Towner street<br>Ypsilanti, MI 48198<br>(734) 485-7000<br>tpaluchniak@babutlaw.com |

**Signed on September 22, 2017**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly
United States Bankruptcy Judge**