# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Michael D Frost & Aundrea Lynn Frost

CHAPTER 13
CASE NO. 16-56354-PJS
JUDGE PHILLIP J SHEFFERLY

Debtors_____/

## TRUSTEE'S OBJECTION TO PLAN MODIFICATION AND AMENDED SCHEDULES

**Now Comes** the Chapter 13 Trustee, KRISPEN S. CARROLL, and objects to the Proposed Plan Modification as follows:

1. Trustee objects to debtors' plan modification as debtors have failed to address the entire delinquency.

2. Trustee objects as debtor's proposed plan will not complete timely as it is underfunded.

3. Trustee requires debtors to remit a plan payment immediately as the last payment was received on November 6, 2018.

4. Trustee requires verification of debtor wife's income.

5. Trustee questions debtor husband's and wife's last days of work. Trustee questions if debtors received any income during time off work.

6. Trustee requires verification of current rent expense.

7. Trustee requires a complete copy of debtors' 2017 income tax return as well as any W-2/1099s attached to the return. Further, Trustee requires copies of debtor's 2018 W-2s/1099s.

**Wherefore**, the Chapter 13 Trustee prays this Honorable Court deny the relief requested.

Dated: January 15, 2019

OFFICE OF THE CHAPTER 13 TRUSTEE -DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

/s/ MARIA GOTSIS
Krispen S. Carroll (P49817)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
Michael D Frost & Aundrea Lynn Frost

CHAPTER 13  
CASE NO. 16-56354-PJS  
JUDGE PHILLIP J SHEFFERLY

Debtors_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed TRUSTEE'S OBJECTION TO PLAN MODIFICATION AND AMENDED SCHEDULES with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> BABUT LAW OFFICES PLLC  
> 700 TOWNER STE 1  
> YPSILANTI, MI  48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

> Michael D Frost  
> Aundrea Lynn Frost  
> 4275 Dover Street  
> Jackson, MI  49201

January 15, 2019

/s/ Shannon Horton  
SHANNON HORTON  
For the Office of the Chapter 13 Trustee-Detroit  
719 Griswold Street, Ste 1100  
Detroit, MI 48226  
(313) 962-5035  
notice@det13ksc.com