UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

MICHAEL AND ANDREA FROST,

Debtor.

4275 Dover St.
Jackson, MI 49201
XXX-XX-3256

Case No. 16-56354-PJS
Honorable PHILLIP J. SHEFFERLY
Chapter 13

_____/

## OBJECTIONS TO POST-CONFIRMATION PLAN MODIFICATION

Creditor, Credit Acceptance Corporation ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtor filed a voluntary Chapter 13 petition on December 6, 2016.

2. The Debtor's 60-month Chapter 13 Plan was confirmed on September 22, 2017.

3. The confirmed Plan treats the Objector as a Class 5.1 creditor.

4. The proposed Plan modification seeks to cease disbursement to the Objector as a Class 5.1 creditor and treats the Objector as a Class 9 general unsecured creditor.

5. The proposed Plan modification fails to comply with *In re: Nolan* 232 F.3d 528 (6th Cir. 2000) and *In re: Adkins* 425 F3d 296 (6th Cir. 2005).

**WHEREFORE**, Credit Acceptance Corporation requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted;

KILPATRICK & ASSOCIATES, P.C.

By: /s/ MICHAEL T. BROWN
RICHARDO I. KILPATRICK, ESQ. (P35275)
MICHAEL T. BROWN, ESQ. (P71385)
Attorneys for Creditor Credit Acceptance Corporation
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Date: January 14, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

MICHAEL AND ANDREA FROST,

Debtor.

4275 Dover St.
Jackson, MI 49201
XXX-XX-3256

Case No. 16-56354-PJS
Honorable PHILLIP J. SHEFFERLY
Chapter 13

/

**PROOF OF SERVICE OF OBJECTIONS TO POST-CONFIRMATION PLAN AMENDMENT**

**CHRISTOPHER MARTUCCI** certifies that on the 15th day of January, 2019 he did serve a copy of the OBJECTIONS TO POST-CONFIRMATION PLAN AMENDMENT and PROOF OF SERVICE in the above-captioned matter, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

William C. Babut: wbabut@babutlaw.com

Krispen S. Carroll: notice@det13ksc.com

Office of the U.S. Trustee: via ECF e-mail

And by depositing same in a United States postal box located in Auburn Hills, Michigan, with the lawful amount of postage fully prepaid thereon, upon the following:

Michael and Andrea Frost
4275 Dover St.
Jackson, MI 49201

/s/ *Christopher Martucci*
**CHRISTOPHER MARTUCCI**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700