UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION–DETROIT

IN RE:
MICHAEL D FROST,
AUNDREA LYNN FROST DEBTORS.
_____/

CHAPTER 13

CASE NO. 16-56354-PJS
JUDGE PHILLIP J SHEFFERLY

## ORDER ADJOURNING HEARING

This matter having come on for hearing on February 19, 2019, regarding *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ the First Meeting of Creditors.

☐ Confirmation of Plan.

☐ a Motion to Dismiss Case.

☐ a Motion to Lift Stay as to creditor

☒ Other: Plan Modifiation

The parties having agreed to the terms herein, based on the records of the Court, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

Page 1 of 3

IT IS HEREBY ORDERED that *[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ The above referenced matter is adjourned to 3/19/19 at 9 a.m.

☐ Debtors shall be 100% current in Plan payments, pursuant to the Trustee's records, on or before

☐ Debtors shall file and serve amended

☐ Debtors shall attend the Adjourned First Meeting of Creditors.

☒ Other: On or before 3/5/19, debtors shall provide Trustee with current paystubs, 2017 tax returns with W2s/1099s , 2018 W2s/1099s verification of current rent and verification of short term disability income received when off work.

IT IS FURTHER ORDERED that if any of the above is not completed by the date and time specified, the plan modification shall be denied upon Order of the Court without further notice or hearing.

/s/ Margaret Conti Schmidt

Krispen S. Carroll (P49817)

Page 2 of 3

16-56354-pjs    Doc 80    Filed 02/26/19    Entered 02/26/19 06:56:20    Page 2 of 3

| | |
|---|---|
| Chapter 13 Trustee<br>Margaret Conti Schmidt (P42945)<br>Maria Gotsis (P67107)<br>719 Griswold St., Ste 1100<br>Detroit, MI 48226<br>(313) 962-5035<br>notice@det13ksc.com | /s/ Nate Herdt<br>Nate Herdt    (P68144)<br>Attorney for Debtor<br>BABUT LAW OFFICES PLLC<br>700 TOWNER STE 1<br>YPSILANTI, MI  48198-5757<br>(734) 485-7000<br>tpaluchniak@babutlaw.com |
| | /s/ Ricardo Kilpatrick<br>Ricardo Kilpatrick (P33275)<br>For CAC |

**Signed on February 26, 2019**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**