# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>MICHAEL D FROST,<br>AUNDREA LYNN FROST,<br>DEBTORS.<br>_____/ | CHAPTER 13<br>CASE NO. 16-56354-PJS<br>JUDGE PHILLIP J SHEFFERLY |

## AFFIDAVIT OF THE CHAPTER 13 TRUSTEE

STATE OF MICHIGAN )
                       )SS
COUNTY OF WAYNE )

NOW COMES, Krispen S. Carroll, Margaret Conti Schmidt, or Maria Gotsis for the Chapter 13 Trustee, and declares under penalty of perjury that the following statements are true and correct to the best of her knowledge, information and belief:

1. That she is the duly appointed Trustee in the above captioned Chapter 13 proceedings or is a staff attorney for the Trustee.

2. That the records of the Trustee have been thoroughly reviewed with regard to the above matter before this Affidavit was taken.

3. That the Order Adjourning Hearing entered on February 26, 2019 required the Debtors to provide the Trustee with current pay stubs, a copy of the 2017 tax returns, all W2s/1099s for tax years 2017 and 2018, verification of current rent and short term disability income received while off work. That the Debtors Have failed to comply with the terms of the order as the Trustee is not in receipt of the required documents and, according to the Court's Pacer system,

same have not been filed to date.

 FURTHER, deponent saith not.

             /s/ Krispen S Carroll
             Krispen S. Carroll (P49817)
             Margaret Conti Schmidt (P42945)
             Maria Gotsis (P67107)
             Chapter 13 Trustee
             719 Griswold, Suite 1100
             Detroit, MI  48226
             313/962-5035
             notice@det13ksc.com

Subscribed and sworn to before me this
 13th   day of  March, 2019
/s/ Bethann Schick
Bethann Schick, Notary Public
Wayne County, Michigan
My Commission Expires: 6/14/2019