UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                    CHAPTER 13
MICHAEL D FROST,                     CASE NO. 16-56354-PJS
AUNDREA LYNN FROST                   JUDGE PHILLIP J SHEFFERLY
DEBTORS
_____/

### ORDER DENYING DEBTOR'S PROPOSED PLAN MODIFICATION
### UPON AFFIDAVIT OF THE TRUSTEE

This matter came before the Court on February 19, 2019, and the matter having been fully considered and certain requirements having been established that, if not met, would result in the dismissal of the proceedings without a further hearing or notice to the Debtors, upon the submission of an affidavit of the Chapter 13 Standing Trustee attesting to a failure to comply with the conditions established, and the affidavit of the Trustee having been submitted herewith, and the Court being otherwise sufficiently advised in the premises;

Page 1 of 2

IT IS HEREBY ORDERED that the Debtors' Proposed Plan Modification shall be and is hereby ordered denied for the failure of the Debtors' to meet conditions as established in the records of this Honorable Court, as attested to by the affidavit of the Chapter 13 Standing Trustee.

**Signed on March 13, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge