UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**          CHAPTER 13
Michael D Frost & Aundrea Lynn Frost     CASE NO. 16-56354-PJS
                                    JUDGE PHILLIP J SHEFFERLY

Debtors _____/

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS AND FOR FAILURE TO REMIT TAX REFUNDS TO THE TRUSTEE

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and moves this Honorable Court for dismissal of the above-captioned matter pursuant to 11 U.S.C. §1307 (c) and in support thereof states as follows:

1. This motion is brought pursuant to 11 U.S.C. §1307 (c)(6).

2. That the Debtors' failure to make payments is a material default in the terms of the confirmed Chapter 13 plan for which dismissal or converison of the case is appropriate

3. That under the terms of the Debtors' confirmed Chapter 13 Plan, as last amended, if any, the Debtors were obligated to remit 100% of tax refunds to which the Debtors becomes entitled to during the pendency of the Chapter 13 Plan.

4. That based upon information and belief, the Debtors have not remitted refunds to the Trustee as ordered by this Honorable Court.

5. That the Debtors' failure to remit the tax refund is a material default in the terms of the confirmed Chapter 13 Plan for which dismissal or conversion is appropriate.

6. The Chapter 13 Trustee sought concurrence of debtors' counsel in the relief requested on May 01, 2019, but at the time of filing this motion, such concurrence had not been given.

**WHEREFORE**, the Chapter 13 Trustee requests this Honorable Court dismiss the above captioned matter due to a material default in the terms of the Confirmed Plan.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 16, 2019

/s/ MARIA GOTSIS
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| Michael D Frost & Aundrea Lynn Frost | CASE NO. 16-56354-PJS |
| | JUDGE PHILLIP J SHEFFERLY |
| Debtors _____ / | |

### ORDER DISMISSING CASE

This matter having come to be heard upon the Trustee's Motion to Dismiss for Failure to Make Payments and for Failure to Remit Tax Refunds to the Trustee filed pursuant to 11 U.S.C. §1307 (c)(6), notice having been duly give and an opportunity for hearing having been provided, and based upon the records of the court herein, the Court finds that the relief requested is warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Chapter 13 Case of the Debtors herein be and the same hereby is dismissed for the failure to make the payments and failure to remit tax refunds as required under the Chapter 13 Plan, which constitutes a material default in the plan;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall immediately provide notice of the entry of this order to all creditors listed in this case, the Debtors, Debtors' attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that Krispen S. Carroll, Trustee, is discharged as Trustee and the Trustee and her surety is released from any and all liability on account of the within proceeding;

_____
**U.S. BANKRUPTCY JUDGE**

EXHIBIT "A"

CH

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re
Michael D Frost & Aundrea Lynn Frost

CHAPTER 13
CASE NO. 16-56354-PJS
JUDGE PHILLIP J SHEFFERLY

Debtors

Address

<u>4275 DOVER STREET</u>
<u>JACKSON, MI  49201</u>

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): <u>3256 and 0879</u>

Employer's Tax Identification (EIN) No(s).(if any):_____

### NOTICE OF TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court to dismiss the above-captioned case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to dismiss the above-captioned case or if you want the court to consider your views on the Trustee's motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at (1):

**United States Bankruptcy Court**
**211 W. Fort Street, Suite 2100**
**Detroit, MI  48226**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
*ATTN: MOTION DEPARTMENT*
719 Griswold Street, Suite 1100
Detroit, MI  48226

Page 4 of 7

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 16, 2019

/s/ MARIA GOTSIS
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold Street, Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

---

1 Response or answer must comply with F.R.Civ.P.8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| Michael D Frost & Aundrea Lynn Frost | CASE NO. 16-56354-PJS |
| | JUDGE PHILLIP J SHEFFERLY |
| Debtors | |
| _____/ | |

## **CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S MOTION TO DISMISS, NOTICE OF TRUSTEE'S MOTION TO DISMISS and CERTIFICATE OF MAILING** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

BABUT LAW OFFICES PLLC
700 TOWNER STE 1
YPSILANTI, MI 48198-5757


and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Michael D Frost
Aundrea Lynn Frost
4275 Dover Street
Jackson, MI 49201

May 16, 2019                                /s/ Christina Haley
                                            _____
                                            CHRISTINA HALEY
                                            For the Office of the Chapter 13 Trustee-Detroit
                                            719 Griswold Street, Suite 1100
                                            Detroit, MI  48226
                                            (313) 962-5035
                                            notice@det13ksc.com